Cohen & Lombardo, P.C. v Connors (2024 NY Slip Op 04693)

Cohen & Lombardo, P.C. v Connors

2024 NY Slip Op 04693

Decided on September 27, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 27, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, DELCONTE, AND HANNAH, JJ.

645 CA 23-01072

[*1]COHEN & LOMBARDO, P.C., PLAINTIFF-APPELLANT,
v
DANIEL R. CONNORS AND JAMES J. NASH, DEFENDANTS-RESPONDENTS.
DANIEL R. CONNORS AND JAMES J. NASH, PLAINTIFFS-RESPONDENTS,
v
ROCCO LUCENTE, II, KATHERINE J. BESTINE AND TERRIE BENSON MURRAY, DEFENDANTS-APPELLANTS. 

CONNORS LLP, BUFFALO (VINCENT E. DOYLE, III, OF COUNSEL), FOR PLAINTIFF-APPELLANT AND DEFENDANTS-APPELLANTS. 
WEBSTER SZANYI LLP, BUFFALO (THOMAS S. LANE OF COUNSEL), FOR DEFENDANTS-RESPONDENTS AND PLAINTIFFS-RESPONDENTS. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Emilio Colaiacovo, J.), entered May 2, 2023. The order and judgment, inter alia, granted that part of the motion of defendants Daniel R. Connors and James J. Nash seeking summary judgment. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on June 7 and 14, 2024,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: September 27, 2024
Ann Dillon Flynn
Clerk of the Court